## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LEMYRON BISHOP,

      Plaintiff,

vs.                                      No. 2:19-cv-00833-KWR-GBW

FEDERAL GOVERNMENT
(AS A WHOLE),

      Defendant.

### ORDER STRIKING PLAINTIFF'S RELIEF ORDER [DOC. 14]

**THIS MATTER** came before the Court upon a Relief Order filed by Plaintiff, LeMyron

Bishop. (Doc. 14). The Court having reviewed the pleading and being fully advised in the premises

therein **FINDS AS FOLLOWS:**

1.      Fed. R. Civ. P. 7(a) specifically provides that only the following pleadings are

allowed to be filed by a party, to-wit:

> "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim
> designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party
> complaint; (6) an answer to a third-party complaint; and (7) if the court orders
> one, a reply to an answer."

2.      Plaintiff does not comply with Fed. R. Civ. P. 7(a) in *both* specifying which type

of allowable pleading he is filing *and* by designating his pleading as a "Relief Order" which is not

an allowable filing under the Rule.

3.      Furthermore, pursuant to Fed. R. Civ. P. 7(b)(1): "A request for a court order

must be made by motion." Specifically, the Rule states:

> "The motion must: (a) be in writing unless made during a hearing or trial;
> (b) state with particularity the grounds for seeking the order; (c) state the
> relief sought."

4.      Plaintiff fails to meet all of the requirements of Fed. R. Civ. P. 7(b)(1) simply

titling the document "Relief Order" without stating with particularity the grounds upon which he

is filing his pleading and the relief he seeks from the Court.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Relief Order filed by Plaintiff, LeMyron Bishop, is **HEREBY STRICKEN**

for failure to comply with Fed. R. Civ. P. 7(a) through (b)(1).

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**
**KEA W. RIGGS**